**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ISAÍAS MORALES-SANTIAGO,
Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

CIVIL NO. 26-1326 (GLS)

**ORDER**

Plaintiff Isaías Morales Santiago filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1. On July 22, 2026, the Commissioner filed the transcript of the administrative record. Docket No. 9. On August 12, 2026, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 12.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of August 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge